IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DIANE MOSBY, et al.,

      Plaintiffs,

v.                                                                                          Case No. 3:15-CV-00489-REP

ALPS PROPERTY & CASUALTY
INSURANCE COMPANY d/b/a Attorneys
Liability Protection Society, A Risk Retention
Group,

      Defendant.

## AMENDED PRETRIAL SCHEDULING ORDER

THIS MATTER comes before the Court pursuant to the *Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment* (the "Motion to Extend") filed by Plaintiff Diane Mosby ("Mosby"); it appearing that the relief requested therein should be granted and after due deliberation and sufficient cause appearing therefor, it is **ORDERED, ADJUGED** and **DECREED** that:

1. The Motion is granted and the *Order* entered November 20, 2015 [Docket No. 14] the *Order Regarding Procedures for Settlement Conference* [Docket No. 15] are amended as set forth herein.

2. The deadline for Mosby to file a responsive pleading to *Alps' Motion for Summary Judgment* [Docket No. 16] (the "Summary Judgment Motion") filed December 14, 2015 by ALPS Property & Casualty Insurance Company f/k/a Attorneys Liability Protection Society, Inc., A Risk Retention Group ("ALPS") is **March 1, 2016.**

3. Replies in connection with the Summary Judgment Motion shall be filed by **March 11, 2016.**

4. The bench trial scheduled for April 4, 2016 at 9:30 a.m. is continued to **May 31, 2016** at 9:30 a.m.

5. Pursuant to the Scheduling Order dated October 30, 2015 [Docket No. 9] (the "Scheduling Order") the Final Pretrial Conference shall be held on **March 14, 2016** at 9:30 a.m.

6. Unless otherwise amended herein, all other deadlines set forth in the Pretrial Schedule A, attached to the Scheduling Order, shall remain applicable.

Date: __February 9, 2016__         /s/ REP
                                            United States District Court Judge

*We ask for this*:

/s/ Jeremy S. Williams
**KUTAK ROCK LLP**
Timothy S. Baird (VSB No. 36315)
Jeremy S. Williams (VSB No. 77469)
1111 East Main Street, Suite 800
Richmond, VA 23219-3500
Telephone: (804) 644-1700
timothy.baird@kutakrock.com
jeremy.williams@kutakrock.com
*Counsel for ALPS Property & Casualty Insurance Company*

2

*Seen and Agreed:*

/s/ Kurt Brickman
Donald W. Marcari, Esq.
Marcari, Russotto, Spencer & Balaban, P.C.
501 Baylor Court, Suite 200
Chesapeake, VA 23320
donm@mrslawfirm.com

and

Kurt Brickman, Esq.
Cravens & Noll, P.C.
9011 Arboretum Pkwy, Suite 200
Richmond, VA 23236
kbrickman@cravensnoll.com

and

John J. Rasmussen, Esq.
Insurance Recovery Law Group, PLC
3015 East Broad Street
Richmond, VA 23223
jjr@insurance-recovery.com
*Counsel for Diane Mosby*


/s/ Raymond Palmer
Raymond Palmer, Esq.
Palmer Law Firm
116 N. 3rd Street, Suite 300
Richmond, Virginia 23219
rlp@raymondpalmer.com
*Counsel for Joseph S. Massie, III and Massie Law Firm, P.C.*

4825-6801-8220.1