IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DIANE MOSBY, *et al.*,

        Plaintiffs,

v.                                      Case No. 3:15-CV-00489-REP

ALPS PROPERTY & CASUALTY
INSURANCE COMPANY d/b/a Attorneys
Liability Protection Society, A Risk Retention
Group,

        Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Diane Mosby, Joseph S. Massie, III, and Massie Law Firm, P.C., and defendant ALPS Property & Casualty Insurance Company, by their respective counsel and pursuant to Fed. R. Civ. 41(a)(1)(A)(ii), hereby stipulate that all claims asserted in this action are dismissed, with prejudice, and that each party shall bear his or its own attorneys' fees, expenses, costs, and fees.

By: /s/ Kurt D. Brickman                     By /s/ Raymond L. Palmer

Kurt D. Brickman, Esq.                       Raymond L. Palmer, Esq.
Cravens & Noll, P.C.                            Palmer Law Firm
9011 Arboretum Pkwy, Suite 200         116 N. 3rd Street, Suite 300
Richmond, VA 23236                           Richmond, Virginia 23219
(804) 330-9220                                    rlp@raymondpalmer.com
Fax: (804) 330-9458
kbrickman@cravensnoll.com               *Counsel for Joseph S. Massie, III and Massie Law Firm, P.C.*

*Counsel for Diane Mosby*

4851-3368-0940.1

/s/ Jeremy S. Williams

**KUTAK ROCK LLP**
Timothy S. Baird (VSB No. 36315)
Jeremy S. Williams (VSB No. 77469)
1111 East Main Street, Suite 800
Richmond, VA 23219-3500
Telephone: (804) 644-1700
timothy.baird@kutakrock.com
jeremy.williams@kutakrock.com
*Counsel for ALPS Property & Casualty Insurance Company*

4851-3368-0940.1

## CERTIFICATE OF SERVICE

   I hereby certify that on February 29, 2016, I caused to be served a true and correct copy of the foregoing document, by CM/ECF, on the following persons;

Donald W. Marcari, Esq.
Marcari, Russotto, Spencer & Balaban, P.C.
501 Baylor Court, Suite 200
Chesapeake, VA 23320
donm@mrslawfirm.com

John J. Rasmussen, Esq.
Insurance Recovery Law Group, PLC
3015 East Broad Street
Richmond, VA 23223
jjr@insurance-recovery.com

Kurt Brickman, Esq.
Cravens & Noll, P.C.
9011 Arboretum Pkwy, Suite 200
Richmond, VA 23236
kbrickman@cravensnoll.com

Raymond Palmer, Esq.
Palmer Law Firm
116 N. 3rd Street, Suite 300
Richmond, Virginia 23219
rlp@raymondpalmer.com

      /s/ Jeremy S. Williams
      Timothy S. Baird (VA 36315)
      Jeremy S. Williams (VA 77469)
      **KUTAK ROCK LLP**
      Bank of America Center
      1111 East Main Street, Suite 800
      Richmond, Virginia 23219-3500
      Telephone: (804) 644-1700
      Facsimile: (804) 783-6192
      tim.baird@kutakrock.com
      jeremy.williams@kutakrock.com
      *Counsel for Defendant ALPS Property & Casualty Insurance Company*