

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division


DIANE MOSBY, et al.,

     Plaintiffs,

v.                                        Civil Action No. 3:15cv489

ALPS PROPERTY & CASUALTY
INSURANCE COMPANY d/b/a
Attorneys Liability Protection
Society, a Risk Retention Group,

     Defendant.


### ORDER


    Counsel for the parties having filed a STIPULATION OF DISMISSAL

WITH PREJUDICE (Docket No. 23), it is hereby ORDERED that ALPS' MOTION

FOR SUMMARY JUDGMENT is denied as moot.

    It is so ORDERED.


                                  /s/       REP
                             Robert E. Payne
                             Senior United States District Judge


Richmond, Virginia
Date: March __1__, 2016